PEOPLE ex rel. VAN NOSTRAND, Respondent, v. SIMIS et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 26, 1897.) Proceeding on the relation of David L. Van Nostrand, as chairman of the Queens county board of supervisors, against Adolph Simis, Charles J. Henry, and John H. Burtis, as commissioners of charities and corrections of the county of Kings, and Patrick Hayes, as warden or keeper of the Kings county penitentiary. No opinion. Appeal dismissed, without costs, on the ground that the question in this particular case is no longer a practical one, and the record is insufficient to enable this court to lay down any

general rule. The situation presents a condition for legislative action, rather than for judicial construction.